IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHEN S. EDWARDS,

      Plaintiff,

v.                                                                  No. 1:21-cv-01180-KWR-LF

HANUMAN CORPORATION,
d/b/a Tru by Hilton Albuquerque North,
BRITISH SECURITY SERVICES, LLC, and
CIVEROLO, GRALOW AND HILL,

      Defendants.

**MEMORANDUM OPINION AND ORDER**

On March 8, 2022, *pro se* Plaintiff sent an email to the chambers of Chief United States District Judge William P. Johnson. *See* **Attachment 1.** Plaintiff attached to his email a "Notice of Appeal" which seeks "to reassign Judge Kea Riggs for conflict of interest." *See* **Attachment 2.**

**Electronic Filing**

In his email, Plaintiff complains that the Clerk's Office refused to take his Notice of Appeal which he emailed to the Clerk's Office:

> Federal courts around the country are taking PDF files being emailed to the clerk for processing.  This clerks office is refusing to take this document making it extremely prejudicial and creating a hardship on me keep in mind I am battling an injury from an auto accident from six years ago.  It is so much easier and creates a lot less work for the clerks office to just simply take the email filing and process it then [sic] it is to take a hard copy from a messenger service I cannot put these documents in US mail for personal reasons.

Attachment 1.  Plaintiff does not describe his personal reasons why he cannot mail documents to the Court.

Plaintiff must follow the procedures for filing documents as a pro se litigant which are: (i) hand-delivering or mailing the documents to the Clerk's Office; or (ii) filing the documents electronically.

The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (November 2019) ("approval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised December 2019).

**Notice of Appeal**

Plaintiff seeks to appeal from the Court's denial of his motions to recuse. *See* Doc. 28, filed February 28, 2022 (denying motions to recuse). Plaintiff has not properly filed his Notice of Appeal. The Court will make an exception this one time only and direct the Clerk to file the Notice of Appeal. Any documents Plaintiff submits for filing in this case in the future will not be filed unless they are hand-delivered or mailed to the Clerk of Court or filed electronically.

**IT IS ORDERED** that:

(i) Plaintiff is **GRANTED** permission to file electronically.

  (ii)  The Clerk of Court **SHALL FILE** Plaintiff's Notice of Appeal which is attached to this Order as Attachment 2.

**IT IS SO ORDERED.**

                 _____
                 **KEA W. RIGGS**
                 **UNITED STATES DISTRICT JUDGE**

**From:** stevonaz <stevonaz@aol.com>
**Sent:** Tuesday, March 8, 2022 1:52 PM
**To:** NMDdb_Proposed Text Johnson <johnsonproposedtext@nmd.uscourts.gov>
**Cc:** NMDml_Judge Johnson's Chambers JA nmd.uscourts.gov <JudgeJohnson'sChambersJA@nmd.uscourts.gov>
**Subject:** Fwd: 1:21-cv-011180-KWR-LG

**CAUTION - EXTERNAL:**

Can you please kindly instruct the clerks office to understand circumstances and provide help as their email suggest helpdesk however they aren't being so helpful these days

Federal courts around the country are taking PDF files being emailed to the clerk for processing. This clerks office is refusing to take this document making it extremely prejudicial and creating a hardship on me keep in mind I am battling an injury from an auto accident from six years ago. It is so much easier and creates a lot less work for the clerks office to just simply take the email filing and process it then it is to take a hard copy from a messenger service I cannot put these documents in US mail for personal reasons.

Lastly Judge Riggs appears to be a very nice person until you peel the onion I am very familiar with her in-laws in Mesa, Arizona and she knows she should not be hearing this matter this is the second time I had a request for a removal of a judge for unprofessional conduct I hope you take this serious and represent the United States with pride. Why would the clerk want to expand extra efforts instead of taking a simply mail is nonsensical at best.

Thank you for allowing due process

Sent from: Super

Begin forwarded message:

**From:** stevonaz <stevonaz@aol.com>
**Date:** March 8, 2022 at 3:49:25 AM GMT+4
**To:** cmecf@nmd.uscourts.gov
**Subject: 1:21-cv-011180-KWR-LG**

Hello and thank you for accepting my filing because my first messenger service is closed because of Cove and my last messenger service refuses to go to the courthouse they said they had that experience and I cannot put this in US mail at this time. There are many federal courts accepted email filings including the DC District Court.  Thank you

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


Sent from: Super


**ATTACHMENT 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHEN S. EDWARDS,
    Plaintiff,

v.

HANUMAN CORPORATION : Dba
Tru by Hilton Albuquerque North,
& British Security Services, LLC.
CIVALO, GRALOW & HILL

Defendants.

Case No: 21-cv-011180-KWR-LF

**NOTICE OF APPEAL**

**TO REASSIGN JUDGE KEA RIGGS**

**CONFLICT OF INTEREST**

---

Stephen S. Edwards
E-Mail  StevoNaz@aol.com
#602-757-2110

Plaintiff in Pro Personam

---

### NOTICE OF APPEAL

Plaintiff Submits this notice of appeal to reassign Judge Kea Riggs for conflict of interest.

Thank yo .

March 4, 2022

                                          Stephen S. Edwards
                                          Plaintiff in Pro Personam

1

**ATTACHMENT 2**

## CERTIFICATE OF SERVICE

[ ]   I hereby certify that on March 4, 2022 the attached Opposition to Dismiss and Strike was delivered to the Clerk's email on This 4th Day of March 2022.

I hereby certify that the attached was delivered to:

Defendant Hanuman Corporation Attorney
Justin L. Robbs
Civerolo, Gralow, & Hill

E-mail: Robbs.J@civerolo.com, BoyleA@cvierolo.com
montoyaN@civerolo.com, bundrantl@civerolo.com

Done on this 4th Day of March, 2022