**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

_____

STEPHEN S. EDWARDS,

     Plaintiff,

    v.                               No. 1:21-cv-01180-KWR-LF

BRITISH SECURITY SERVICES, LLC,

     Defendant.

## ORDER REGARDING COMMUNICATION WITH THE COURT

On May 4, 2022, the chambers of Judge Riggs received four emails and three attachments from Plaintiff Stephen Edwards.  *See* **Attachment A**.

> Generally, *pro se* litigants are held to the same standards of professional responsibility as trained attorneys. It is a *pro se* litigant's responsibility to become familiar with and to comply with the *Federal Rules of Civil Procedure* and the *Local Rules of the United States District Court for the District of New Mexico* (the "Local Rules").

Guide for Pro Se Litigants at 4, United States District Court, District of New Mexico (November 2019).[1]  "**Attorneys and *pro se* parties are prohibited from all *ex parte* communication with the judge or judge's staff**."  *See* Guide for Pro Se Litigants at 11 (emphasis added).  *Ex parte* communication occurs when one of the parties to a lawsuit exchanges information with the assigned judge (1) without the opposing party being present, or (2) without the knowledge and consent of the opposing party.  *Id.*  Therefore, "[a]ny communication between the assigned judge and a *pro se* litigant should be in writing, and a copy of the communication should be sent to the opposing party or, if represented, to that party's attorney."  *Id.*  "The letter to the judge should

---

[1] The Local Rules, the Guide for Pro Se Litigants and a link to the Federal Rules of Civil Procedure are also available on the Court's website (http://www.nmd.uscourts.gov under the "Pro Se" tab).

indicate that a copy has been sent to the opposing party. Telephone or personal contact with the

judge's staff should be limited to specific scheduling inquiries." *Id.* at 11–12.

> Unless otherwise directed, all communication to the court should be addressed to the Clerk of Court, United States District Court, District of New Mexico, using the address for the division [Albuquerque, Las Cruces or Santa Fe] where the subject case has been assigned.

Guide for Pro Se Litigants at 5 (providing the Albuquerque, Las Cruces and Santa Fe addresses).

Plaintiff's emails to Judge Riggs constitute improper *ex parte* communications. The Court,

therefore, has docketed the email communications and attachments (**Attachment A**). This Order

serves as Plaintiff's notice of the impropriety of his communications. **Plaintiff is prohibited from**

**communicating with the Court via email or any other method not expressly provided for in**

**the Local Rules or the Court's orders. None of the attachments or the emails Plaintiff has**

**sent to chambers will be considered by the Court**.

If Plaintiff wishes to file a motion or a response to any motion, he must mail such a response

to the Clerk of Court to file it. Plaintiff may contact the clerk's office at 505-348-2000 if he needs

assistance filing a motion or response. Plaintiff may also create a CM/ECF account and

electronically submit filings through his account, as granted by the Court for this case only. *See*

**Doc. 29**. Account registration forms, procedure manuals, and other information can be obtained

at the Court's website at http://www.nmd.uscourts.gov/filing-information. **The Court notifies**

**Mr. Edwards that any future violations of Court orders may result in sanctions, including**

**dismissal of his case**.

**IT IS SO ORDERED**.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**