IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHEN S. EDWARDS,

    Plaintiff,

v.                                                    No. 1:21-cv-01180-KWR-LF

BRITISH SECURITY SERVICES, LLC,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court upon a previous Order to Show Cause (**Doc. 39**), filed April 27, 2022. The Court ordered Plaintiff Stephen Edwards to file a written response demonstrating sufficient good cause as to the failure to timely effect service on Defendant British Security Services, LLC. Plaintiff failed to respond to the Court's order by the deadline of May 11, 2022, nor has Plaintiff asked for an extension of time to do so.

The Court may impose sanctions for Plaintiff's failure to prosecute his case and failure to comply with court orders based on the Court's inherit power to regulate its docket and promote judicial efficiency. *See Martinez v. IRS*, 744 F.2d 71, 73 (10th Cir. 1984). One such sanction within the discretion of the Court is to dismiss an action for want of prosecution. *See, e.g.*, *Link v. Wabash R. Co.,* 370 U.S. 626, 628–30 (1962); *United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 856 (10th Cir. 2005). Additionally, Rule 41(b) of the Federal Rules of Civil Procedure authorizes the Court to dismiss an action *sua sponte* for failure to prosecute.

**IT IS THEREFORE ORDERED** that Plaintiff shall respond in writing to this Order **on or before June 2, 2022** and show cause why this case should not be dismissed for Plaintiff's

failure to comply with the Court's orders or prosecute his case.  Failure to respond to this Order may result in this case being dismissed without prejudice and without further notice.  The Court, once more, reminds Plaintiff that if he wishes to file a motion or a response to any motion, he must mail such a response to the Clerk of Court to file it.  Plaintiff may contact the clerk's office at 505-348-2000 if he needs assistance filing a motion or response.  Plaintiff may also electronically submit filings through a CM/ECF account, as granted by the Court for this case only.  *See* **Doc. 29**.[1]

**IT IS SO ORDERED**.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information.