IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHEN S. EDWARDS,

    Plaintiff,

    v.                                       1:21-cv-01180-KWR-LF

BRITISH SECURITY SERVICES, LLC,

    Defendant.

## ORDER QUASHING ORDERS TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte*, following Plaintiff Stephen Edwards' response to the Court's recent Orders to Show Cause (**Docs. 39, 41**). This Court directed Plaintiff to show cause as to the failure to timely effect service on Defendant British Security Services, LLC and to show cause why his case should not be dismissed for Plaintiff's failure to comply with the Court's orders or prosecute his case.

In response to the Court's Orders to Show Cause, on June 6, 2022, Plaintiff filed a notice and affidavit of service. *See* **Doc. 43**. Plaintiff represents that the Complaint was served upon Marshall C. Aungier, the registered agent of Defendant British Security, on January 9, 2022, *id.* **at 1, 3**, and that Defendant has failed to respond since. In relevant part, Plaintiff has now filed a motion for default judgment against Defendant British Security. *See* **Doc. 45**. The Court, therefore, **QUASHES** the Orders to Show Cause (**Docs. 39, 41**).

    **IT IS SO ORDERED**.

                                                        **KEA W. RIGGS**
                                                **UNITED STATES DISTRICT JUDGE**