IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHEN S. EDWARDS,

    Plaintiff,

v.                                          No. 1:21-cv-01180-KWR-LF

BRITISH SECURITY SERVICES, LLC,

    Defendant.

## FINAL JUDGMENT

**CONSISTENT WITH** the Order Dismissing Case (**Doc. 52**) filed on **January 30, 2023**, and orders previously entered in this case, the Court issues its separate judgment dismissing Plaintiff's claims without prejudice.

**IT IS ORDERED, ADJUDGED, AND DECREED** Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                                  **KEA W. RIGGS**
                                                  **UNITED STATES DISTRICT JUDGE**